UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN FORTUNATO, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLIED COLLECTION SERVICES., dba ACSI, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-00078-MMD-PAL<br><br>ORDER<br><br>(Plaintiffs' Motion for Leave to File a First Amended Complaint – dkt. no. 13) |

　　　　Before the Court is Plaintiffs' unopposed Motion for Leave to File a First Amended Complaint. (Dkt. no. 13.)  In accordance with Local Rule 15-1(a), Plaintiffs attached the proposed amended complaint to their Motion. (Dkt. no. 13-1.)  A response was due by July 2, 2012.  However, Defendants did not file an opposition to the Motion.

　　　　Failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted.  L.R. 7-2(d); *see Abbott v. United Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). The Court therefore grants Plaintiffs' unopposed motion.

　　　　ENTERED THIS 10th day of September 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE