UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN FORTUNATO, et al.,<br><br>Plaintiffs,<br>v.<br><br>ALLIED COLLECTION SERVICES., dba ACSI, and ALLSTATE FINANCIAL SERVICES, INC., and DOE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:12-cv-00078-MMD-PAL<br><br>ORDER |

The Court granted the stipulation to dismiss claims against Defendant Allied Collection Services, Inc. on November 2, 2012. (Dkt. no. 21.) Since then, the Court has issued two orders directing Plaintiffs to file a status report relating to claims against the remaining defendant, Allstate Financial Services, Inc. (Dkt. nos. 26 & 27.) Plaintiffs have failed to comply with the Court's orders.

Fed. R. Civ. P. 41(b) permits the Court to dismiss claims where a plaintiff fails to prosecute or comply with the court's orders. Plaintiffs have not taken any action in the last year to prosecute their claims against Defendant Allstate Financial Services, Inc. and have failed to comply with the Court's orders directing Plaintiffs to file a status report. It is therefore ordered that claims against Allstate Financial Services, Inc. are dismissed. The Clerk is directed to close this case.

DATED THIS 21st day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE